FILED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN R. SANFORD )
1638 Calvo, No. 24 )
Fallbrook, California 92028, )
          )
   *Plaintiff,* )
          )   Case: 1:07-cv-01792
 v. )   Assigned To : Lamberth, Royce C.
          )   Assign. Date : 10/4/2007
UNITED STATES, )   Description: General Civil
          )
   *Defendant.* )

COMPLAINT
(Unconstitutional Court-Martial)

*Jurisdiction*

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the Fifth Amendment.

*Parties*

2. Plaintiff, a citizen of the United States who resides at the address stated in the caption, previously served as a Sergeant (E-5) in the United States Marine Corps.

3. Defendant is the United States.

*Facts*

4. On October 3, 2003, plaintiff was convicted by a special court-martial of violating a lawful order, dereliction of duty, larceny, and impersonating an officer, all in violation of the Uniform Code of Military Justice ("UCMJ"). 10 U.S.C. §§ 801 *et seq.*

5. The maximum punishment prescribed by the *Manual for Courts-Martial* for the offenses for which plaintiff was tried is as follows:

 a. violating a lawful order: five years' confinement, reduction to the lowest pay

1

grade, forfeiture of all pay and allowances, and a dishonorable discharge ("DD");

b. dereliction of duty: six months' confinement, reduction to the lowest pay grade, forfeiture of all pay and allowances, and a bad-conduct discharge ("BCD"),;

c. larceny: six months' confinement, reduction to the lowest pay grade, forfeiture of all pay and allowances, and a BCD; and

d. impersonating an officer: three years' confinement, reduction to the lowest pay grade, forfeiture of all pay and allowances, and a DD.

6. Because of the limits imposed by Congress on the punishment powers of a special court-martial, the maximum punishment the court-martial that tried plaintiff was authorized to adjudge was one year's confinement, reduction to the lowest pay grade, forfeiture of two-thirds pay per month for 12 months, and a BCD. Art. 19, UCMJ, 10 U.S.C. § 819.

7. A special court-martial panel must have at least three members. Art. 29(c), UCMJ, 10 U.S.C. § 829(c).

8. The members of a court-martial are the voting members detailed by the convening authority. Rule for Courts-Martial 103(14), Manual for Courts-Martial, United States (2005 ed.).

9. Unless the accused opts for a bench trial, the members serve as triers of fact and determine the sentence in the event of a conviction.

10. The court-martial panel that decided plaintiff's guilt and adjudged his sentence consisted of only four members.

11. The members sentenced plaintiff to six months' confinement, reduction to pay grade E-1, forfeiture of $767 pay per month for six months, and a BCD.

12. The convening authority who convened the court-martial approved the sentence as adjudged, and except for the BCD, ordered it executed.

13. On November 6, 2006, the United States Navy-Marine Corps Court of

Criminal Appeals ("the Navy Court") affirmed the findings of guilt with certain modifications and approved the sentence, except for the confinement portion, which it reduced from six months to 150 days to compensate for the denial of plaintiff's due process right to speedy appellate review. *United States v. Sanford*, No. 200500993, 2006 WL 4571896 (N-M. Ct. Crim. App. 2006) (unpub.).

14. One of plaintiff's contentions before the Navy Court was that he was denied due process of law because he was tried for a non-petty offense by a court-martial composed of only four members.

15. The Navy Court's sole response to plaintiff's constitutional objection to the number of members was the following:

> We have considered the appellant's eighth assignment of error challenging his convictions for "non-petty offenses" by a panel of only four members, and find it to be without merit. *See United States v. Wolff*, 5 M.J. 923, 925 (N.C.M.R. 1978); *see also* Art. 29, UCMJ.

*United States v. Sanford*, No. 200500993, *supra*, slip op. at 14 n.2, 2006 WL 4571896, at *10 n.2.

16. *Wolff* concerned a court-martial composed of *five* members, not *four*. 5 M.J. at 924.

17. The United States Court of Appeals for the Armed Forces ("CAAF"), from which plaintiff sought discretionary review on, among other things, his constitutional objection to the number of members, denied review on February 7, 2007. *United States v. Sanford*, 64 M.J. 429 (2007) (mem.).

18. CAAF's refusal to grant plaintiff's petition is not subject to review by the Supreme Court by writ of certiorari. Art. 67a(a), UCMJ, 10 U.S.C. § 867a(a); 28 U.S.C. § 1259.

## *Cause of Action*

19. The averments of ¶¶ 1-18 are incorporated herein.

20. Plaintiff's conviction is unconstitutional because due process requires a jury

3

of at least six in trials for non-petty offenses.

### *Prayer*

WHEREFORE plaintiff respectfully prays that judgment be entered declaring his conviction unconstitutional and therefore null and void.

                Respectfully submitted,

*[signature: Eugene R. Fidell]*

EUGENE R. FIDELL (112003)
MATTHEW S. FREEDUS (475887)
BRENT C. HARVEY (501155)
FELDESMAN TUCKER LEIFER
  FIDELL LLP
2001 L Street, N.W., 2d Floor
Washington, D.C. 20036
(202) 466-8960

*Attorneys for Plaintiff*

October 4, 2007

*Serve:*

Hon. Peter D. Keisler, Acting Attorney General of the United States
Hon. Jeffrey A. Taylor, United States Attorney for the District of Columbia
Hon. Donald C. Winter, Secretary of the Navy

## I (a) PLAINTIFFS

Kevin R. Sanford
1638 Calavo, No. 24
Fallbrook, California 92028

## DEFENDANTS

United States

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  San Diego County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Eugene R. Fidell
Matthew S. Freedus
Brent C. Harvey
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, Second Floor
Washington, DC  20036

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01792
Assigned To : Lamberth, Royce C.
Assign. Date : 10/4/2007
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

● **E. General Civil (Other)**   OR   ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC §1331; constitutional challenge to court-martial conviction

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE  Oct. 4, 2007   SIGNATURE OF ATTORNEY OF RECORD  *Eugene R. Fidell*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.