UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN R. SANFORD,<br>1638 Calavo, No. 24<br>Fallbrook, CA 92028,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br>c/o U.S. Attorney's Office<br>555 3rd St., NW<br>Washington, DC 20530,<br><br>   Defendant. | Civil Action No.: 07-1792 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

              /s/
              ALAN BURCH, D.C. Bar # 470655
              Assistant United States Attorney
              555 4th St., N.W.
              Washington, D.C. 20530
              (202) 514-7204
              alan.burch@usdoj.gov