UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEVIN R. SANFORD, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 07-1792 (RCL) |
| v. | ) ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, the United States of America, respectfully requests a 40-day enlargement of time to file an answer or otherwise respond to the complaint. The summons served with the complaint in this case gives Defendant 20 days from service to respond to the complaint. This Office was served on October 16, 2007, resulting in a deadline of November 5, 2007. However, the 20-day time in the summons is incorrect, because Rule 4 provides for 60 days for the United States to respond, and there does not appear to be any other special deadline applicable to this case. Accordingly, Defendant requests the additional 40 days it would otherwise be entitled to, and a new deadline of December 15, 2007. Counsel for Plaintiff consents to this request.

November 1, 2007                    Respectfully submitted,

                                    JEFFREY A. TAYLOR, D.C. Bar # 498610
                                    United States Attorney

                                    _____/s/_____
                                    ALAN BURCH, D.C. Bar # 470655
                                    Assistant United States Attorney
                                    555 4th St., N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7204, alan.burch@usdoj.gov