UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN R. SANFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-1792 (RCL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | Judge Lamberth |

PLAINTIFF'S CONSENT MOTION
FOR ENLARGEMENT

Plaintiff respectfully requests that his time to respond to defendant's motion to dismiss be enlarged by 14 calendar days until January 14, 2008. We are authorized (per Assistant United States Attorney Alan Burch) to state that defendant consents to this enlargement and that the parties have further agreed to an enlargement of time for defendant's reply, such that it would be due on January 29, 2008.

A proposed Order to which the parties agree is submitted herewith.

Respectfully submitted,

*Matthew S. Freedus*

EUGENE R. FIDELL (112003)
MATTHEW S. FREEDUS (475887)
BRENT C. HARVEY (501155)
FELDESMAN TUCKER LEIFER
  FIDELL LLP
2001 L Street, N.W., 2d Floor
Washington, D.C. 20036
(202) 466-8960

*Attorneys for Plaintiff*

December 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN R. SANFORD, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 07-1792 (RCL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Lamberth |

ORDER

On consideration of plaintiff's consent motion for enlargement of time to respond to defendant's motion to dismiss and the entire record, it is, by the Court, this _____ day of _____, 2007,

ORDERED that the said motion be, and the same hereby is, GRANTED, and it is hereby

FURTHER ORDERED that:

a. Plaintiff shall have until January 14, 2008 to respond to defendant's motion to dismiss; and

b. Defendant shall have until January 29, 2008 to reply to plaintiff's response to defendant's motion to dismiss.

UNITED STATES DISTRICT JUDGE