UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEVIN R. SANFORD,  )
                   )
        Plaintiff, )
                   )
v.                 )   No. 07-1792 (RCL)
                   )
UNITED STATES,     )
                   )
        Defendant. )   Judge Lamberth

ORDER

On consideration of plaintiff's consent motion for enlargement of time to respond to defendant's motion to dismiss and the entire record, it is, by the Court, this 19th day of December, 2007,

ORDERED that the said motion be, and the same hereby is, GRANTED, and it is hereby

FURTHER ORDERED that:

a. Plaintiff shall have until January 14, 2008 to respond to defendant's motion to dismiss; and

b. Defendant shall have until January 29, 2008 to reply to plaintiff's response to defendant's motion to dismiss.

UNITED STATES DISTRICT JUDGE