UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN R. SANFORD, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-1792 (RCL) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS AND
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States of America, respectfully requests a one-week enlargement of time to file a reply memorandum in support of its motion to dismiss, and an opposition to Plaintiff's pending motion for summary judgment.  The current deadline for the reply is this Friday, January 25, 2008, and Defendant requests a new deadline of Friday, February 1, 2008, for both filings.  Defendant intends to file a consolidated memorandum, instead of two separate papers.  Defendant requests the extra time because a bench trial last week and the holiday this week crowded out time needed for the filing in this case.  Counsel for Plaintiff consented to this extension today via email.  A proposed order is attached.

January 23, 2008

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN R. SANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No.: 07-1792 (RCL) |

**ORDER ON MOTION TO EXTEND TIME**

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File Reply and Opposition Memorandum, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED and it is

FURTHER ORDERED that Defendant shall file its reply in support of its motion to dismiss and opposition to Plaintiff's motion for summary judgment on or before February 1, 2008.

So ordered this _____ day of January, 2008.

ROYCE C. LAMBERTH
United States District Judge