UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN R. SANFORD, ) ) Plaintiff, ) ) v. ) ) UNITED STATES, ) ) Defendant. ) | Civil Action No.: 07-1792 (RCL) |

**ORDER ON MOTION TO EXTEND TIME**

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File Reply and Opposition Memorandum, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED and it is

FURTHER ORDERED that Defendant shall file its reply in support of its motion to dismiss and opposition to Plaintiff's motion for summary judgment on or before February 1, 2008.

So ordered this __23rd__ day of January, 2008.

/s/
ROYCE C. LAMBERTH
United States District Judge