UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN R. SANFORD, | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil No. 07-1792 (RCL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
|     *Defendant.* | ) | Judge Lamberth |

PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION
TO CROSS-MOTION FOR SUMMARY JUDGMENT

Invoking (at 5) *Middendorf v. Henry*, 425 U.S. 25 (1976), for the notion that extraordinarily weighty factors must be cited in order to overcome the balance Congress struck when it enacted Article 16 (10 U.S.C. § 816), defendant disregards the fact that Congress materially altered the legal landscape—and hence the due process equation—in 1999, when it amended Article 19 (10 U.S.C. § 819). By doubling the punishment powers of special courts-martial, Congress for the first time set the stage for such courts to impose punishments above the level associated with petty offenses. Where, as here, the total maximum punishment authorized by the President in the *Manual for Courts-Martial* for the charged offenses exceeds six months and the case is tried to a panel with fewer than six members, due process as defined in *Ballew v. Georgia*, 435 U.S. 223 (1978), has been violated. Put another way, Article 16 itself remains constitutional. As applied, however, it produces criminal convictions that violate due process when both of the following conditions apply: (a) the authorized punishment falls outside petty offense parameters and (b) the Convening Authority fails to ensure that six or more members actually serve. That is this case.

Defendant persists in its unfounded "military resources" claim, arguing (at 6) that Sergeant Sanford "would have this Court find that an increase in the size of a special court-martial to six can be easily assumed by the military." To what is said on pp. 15-16 of our main brief we will only add that there is no basis to believe that ensuring a jury of six for Sergeant Sanford's court-martial would have been a hardship. After all, that is precisely the number of members the Convening Authority (who had no shortage of potential members from which to choose)[1] actually detailed. *See* Convening Order; Record of Trial p. 367 (submitted herewith).

Other important points in our brief, such as our refutation of defendant's selective and therefore misleading historical argument (pp. 13-15), are not even addressed in defendant's submission.

For the foregoing reasons and those previously stated,[2] the Court should grant summary judgment for plaintiff, declaring that his conviction is unconstitutional and therefore null and void.

Respectfully submitted,

/s/
EUGENE R. FIDELL (112003)
MATTHEW S. FREEDUS (475887)
BRENT C. HARVEY (501155)
FELDESMAN TUCKER LEIFER FIDELL LLP

---

[1] Camp Pendleton, where the case was tried, is "the nation's busiest military base," with over 60,000 military and civilian personnel. *See* Marine Corps Base Camp Pendleton, Base Information, http://www.cpp.usmc.mil/cpao/pages/baseinformation.asp# (last visited Feb. 4, 2008). It has more than 35,000 active duty personnel, *see* Marine Corps Base Camp Pendleton, Camp Pendleton: In Depth, Population, http://www.pendleton.usmc.mil/impact/population.asp (last visited Feb. 4, 2008). Thousands of Marine Reservists like Sergeant Sanford are trained at the School of Infantry. *Id*. "[N]early 23,500 reserve personnel work and train via the Mobilization Support Battalion each year." *Id*.

[2] Our main brief noted (at 5 n.1) that a petition for rehearing was pending in *Oppermann v. United States*, No. 07-5213 (D.C. Cir.). The petition was denied on January 22, 2008.

                                                  2001 L Street, N.W., Second Floor
                                                  Washington, D.C. 20036
                                                  (202) 466-8960

                                                  *Attorneys for Plaintiff*

February 4, 2008



# UNITED STATES MARINE CORPS
HEADQUARTERS AND SUPPORT BATTALION
SCHOOL OF INFANTRY
TRAINING COMMAND
CAMP PENDLETON, CALIFORNIA 92055-5606

IN REPLY REFER TO:
5813
Legal
SPCMCO #2d-03
30 Sep 03

Special Court-Martial Convening Order SPCMCO #2c-03 dated 29 Sep 2003 is modified as follows specifically for U.S. vs. Sergeant Kevin R. Sanford USMC only:

### DELETE

Master Sergeant Larry Cantu, U.S. Marine Corps
Gunnery Sergeant Shawn R. Dewitte, U.S. Marine Corps
Gunnery Sergeant Ramon Lopez, U.S. Marine Corps

### ADD

Staff Sergeant Oscar I. Camarena, U.S. Marine Corps
Staff Sergeant Ryan Gutierrez, U.S. Marine Corps
Staff Sergeant Douglas A. Miller, U.S. Marine Corps

### MEMBERS

Captain David A. Caldwell, U.S. Marine Corps
First Lieutenant Jonathan S. Hey, U.S. Marine Corps
CWO3 Douglas E. Arent, U.S. Marine Corps
Staff Sergeant Oscar I. Camarena, U.S. Marine Corps
Staff Sergeant Ryan Gutierrez, U.S. Marine Corps
Staff Sergeant Douglas A. Miller, U.S. Marine Corps

M. F. BECKER
Lieutenant Colonel
U.S. Marine Corps
Commanding

**ORIGINAL**

|      | |
|---|---|
|   | The accused, Sergeant Kevin R. Sanford, United States Marine Corps Reserve, and the following persons detailed to this court-martial are present:<br><br>Major D. Jones, United States Marine Corps, as MILITARY JUDGE;<br>Captain R. Manning, United States Marine Corps Reserve, as TRIAL COUNSEL;<br>First Lieutenant J. Hamilton, United States Marine Corps Reserve, as ASSISTANT TRIAL COUNSEL;<br>First Lieutenant W. Folk, United States Marine Corps Reserve, as DEFENSE COUNSEL;<br>Captain D. Caldwell;<br>First Lieutenant J. Hey;<br>Chief Warrant Officer-3 D. Arent;<br>Staff Sergeant D. Camarena;<br>Staff Sergeant R. Gutierrez, and<br>Staff Sergeant D. Miller, United States Marine Corps, as MEMBERS. |
| MJ: | Members of the Court, please review the convening order and the modification that you have. I will tell you that there's been four modifications to the original convening order. The modifications that we are principally concerned with should be on the top of your packet that says up in the right-hand corner, Special Court-Martial Convening Order, SPCMO 2d-03. I want you to look at that and ensure that it states your correct name, rank, initial, spelling of last name, and your branch of service. If a correction needs to be made, please raise your hand. |

*The members did as directed.*

| | |
|---|---|
| MJ: | My three staff sergeants in the back, have you had a chance to look at that?<br><br>That's an affirmative response from all.<br><br>That's a negative response to any changes or corrections that need to be made.<br><br>The members will now be sworn. |
| TC: | All rise. |

*The members were duly sworn.*