UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEVIN R. SANFORD | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 07-1792 (RCL) |
| v. | ) |
| UNITED STATES | ) |
| Defendant. | ) |

## ORDER

Now before the Court comes defendant United States' motion [4] to dismiss and plaintiff Kevin R. Sanford's cross-motion [8] for summary judgment. Upon full consideration of the motions, opposition and reply briefs, the entire record herein, and applicable law, it is for the reasons set forth in an accompanying Memorandum Opinion, hereby

ORDERED that defendant's motion to dismiss is GRANTED; it is further hereby

ORDERED that plaintiff's cross-motion for summary judgment is DENIED. This case is hereby dismissed with prejudice.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on July 22, 2008.